■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS NEWKIRK, Appellant.—Judgment, Supreme Court, Bronx County, rendered on May 11, 1979, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Birns, J. P., Sandler, Ross, Bloom and Lynch, JJ.

■ PEARL L. TYTELL et al., Respondents-Appellants, v HERBERT KAEN et al., Appellants-Respondents, and ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Intervenor-Appellant.—Order, Supreme Court, Bronx County, entered on June 27, 1979, unanimously affirmed, for the reasons stated by Di Fede, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Markewich and Yesawich, JJ.

■ In the Matter of THOMAS R. SULLIVAN, Petitioner, v ANDREW R. TYLER, Respondent.—Application for an order pursuant to CPLR article 78 in the nature of a writ of prohibition denied and the petition dismissed, without costs and without disbursements. No opinion. Concur—Fein, J. P., Sandler, Sullivan and Markewich, JJ.

■ In the Matter of ARTHUR V. EDULIAN for Reinstatement as an Attorney and Counselor at Law in the State of New York.—Motion for reinstatement granted. Concur—Murphy, P. J., Kupferman, Fein, Sullivan and Markewich, JJ.

■ In the Matter of MURRAY H. LEIFER, an Attorney at Law.—Determination of motion to confirm the report of the Referee, held in abeyance pending a further report by the Referee, as indicated in the order of this court. Concur—Birns, J. P., Fein, Sullivan, Ross and Markewich, JJ.

■ In the Matter of THOMAS F. SMYTH, for Reinstatement as an Attorney and Counselor at Law in the State of New York.—Motion for reinstatement granted. Concur—Kupferman, J. P., Birns, Sandler, Markewich and Lupiano, JJ.